## No. 2996.

### LOUIS PARKER *v.* SHROPSHIRE & ANDERSON.

This case was originally brought before the parish court of Jefferson. Defendants excepted to the jurisdiction on the ground of the amount claimed, which they alleged to be above $500. The exception was overruled, when the parish of Jefferson being divided and a part of it being annexed to the parish of Orleans, the suit was transferred to the Fifth District Court of the latter parish. The same original exception being raised there, was set aside on the ground that it had already been passed upon by the court from which the case was transferred.

This is an error. The suit should have been dismissed for want of jurisdiction of the parish court. The district court took the case as it was originally presented. It follows therefore that the court before which the defendants were cited not having jurisdiction over them, they were never subject to it; and not being under its jurisdiction, no judgment could properly be rendered against them.

APPEAL from the Fifth District Court, parish of Orleans. *Léaumont,· J.* *Rice & Smith, Randolph, Singleton & Browne,* for plaintiff and appellee. *Fellows & Mills,* for defendants and appellants.

MORGAN, J. This suit was instituted in the parish court of Jefferson. The amount claimed is $446 95, with interest from ninth July, 1866.

In the parish court defendants excepted to the jurisdiction upon the ground that the amount in dispute exceeded $500. The exception was dismissed.

The parish of Jefferson having been divided, and a portion thereof having been annexed to the parish of Orleans, the case found its way

into the Fifth District Court of this parish. There the exception was again urged and again overruled, for the reason that it "had been passed upon by the court from which the case was transferred." The exception having been dismissed, default was entered and confirmed. The appeal rests upon the ground of want of jurisdiction of the parish court of Jefferson. No question is raised as to the jurisdiction of this court, which seems to be conceded under the authority of the case of Schlenker v. Taliaferro, 20 An. 565.

The suit should have been dismissed for want of jurisdiction of the parish court. The constitution gives to these courts exclusive original jurisdiction in ordinary suits in all cases where the amount in dispute exceeds $100 and does not exceed $500. Here the amount in dispute exceeds $500.

The district court takes the case as it was originally presented. It follows, therefore, that the court before which the defendants were cited not having jurisdiction over them, they were never subject to its jurisdiction. Not being under its jurisdiction, no judgment could properly be rendered against them.

It is therefore ordered, adjudged and decreed that the judgment of the district court be avoided, annulled and reversed, and that this suit be dismissed, appellees to pay the costs in both courts.

Rehearing refused.